## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

JR 14, LLC

                              Plaintiff,

v.                                                       Case No.: 1:15−cv−05119
                                                            Honorable Ronald A. Guzman

Tappetto Magico, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2015:

       MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 8/6/2015 is stricken and no appearance is required. Motion by Defendant David J. Instance to join motion and memorandum by Defendant Tappetto Magico, Inc. to Dismiss For Lack of Personal Jurisdiction [12,13][26] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.